UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 2:11-CV-249 |
| | ) | |
| JOSEPH A. SALERNO, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The United States of America, by its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, hereby gives notice, pursuant to Rule 41(a)(1)(A), of dismissal of the above-captioned Petition to Enforce Internal Revenue Service Summons, without prejudice, before service of an answer by the Respondent. Dismissal of this proceeding is sought because the Respondent is cooperating with the Internal Revenue Service. The United States reserves any and all rights to institute further proceedings in the future and this dismissal shall not operate as an adjudication on the merits.

Dated at Burlington, in the District of Vermont, this 19th day of October, 2011.

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By: /s/ *Melissa A. D. Ranaldo*
MELISSA A. D. RANALDO
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT  05402
(802)951-6725
Melissa.Ranaldo@usdoj.gov